UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Mateo Alexander JUAN NICOLAS,

Petitioner,

v.

HOMELAND SECURITY, et al.,

Respondents.

Case No.: 26-cv-6173-AGS-GC

**ORDER DISMISSING HABEAS PETITION (ECF 1) FOR FAILURE TO NAME PROPER RESPONDENT**

Unrepresented petitioner Mateo Juan Nicolas seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. But this Court lacks "jurisdiction" over his petition because he did not name "the proper respondent"—"the warden of the facility where [he] is being held." *See Rumsfeld v. Padilla*, 542 U.S. 426, 434–35 (2004). That is, a "habeas corpus" application must allege, among other things, "the name of the person who has custody over [the petitioner]." 28 U.S.C. § 2242.

So, the habeas petition is **DISMISSED**. If Juan Nicolas chooses to file an amended petition naming the proper respondent (the warden of his detention facility), he must do so by **November 27, 2026**.

Dated: November 13, 2026

Hon. Andrew G. Schopler
United States District Judge